UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAUME ABDUL MOTAKABBIR,<br><br>    Plaintiff.<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  15-cv-04763-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on January 15, 2016, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **March 18, 2016, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on January 15, 2016, for failure to prosecute, for failure to timely serve the complaint under FRCP, and for failure to comply with the Court's Order of October 15, 2015. A case management conference is also scheduled for **March 18, 2016**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: January 21, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAUME ABDUL MOTAKABBIR,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>                    Defendant. | Case No.  15-cv-04763-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 21, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jaume Abdul Motakabbir
1514 - 56th Avenue
Oakland, CA 94621


Dated: January 21, 2016

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By:_____
                                          Karen Hom, Deputy Clerk to the
                                          Honorable JOSEPH C. SPERO